UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROY ROMERO | CIVIL ACTION NO. 6:09-cv-0155 |
| VERSUS | JUDGE MELANÇON |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. [Rec. Doc. 20]. Accordingly, it is therefore

**ORDERED** that the Commissioner's Motion to Dismiss [Rec. Doc. 17] is **DENIED**.

Thus done and signed in Lafayette, Louisiana, this 5th day of July, 2011.

.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE