UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAY ROMERO | CIVIL ACTION NO. 6:09-CV-00155 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is therefore

**ORDERED** that the Commissioner's ruling that Ray Romero is not disabled is **REVERSED** and all requested Social Security benefits are **AWARDED** to Ray Romero, for the reasons set forth in the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 30th day of March 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE